UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-2, | : : : : : | Case No. 1:16-cv-423 Judge Timothy S. Black Magistrate Judge Karen L. Litkovitz |
| Plaintiff, | : : | |
| vs. | : : | |
| DERRYN N. JONES, *et al.*, | : : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 13)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on August 15, 2016, submitted a

Report and Recommendations.  (Doc. 13).  *Pro se* Defendants Derryn and Dwight Jones

filed objections.  (Doc. 14).[1]

---

[1] *Pro se* Defendants removed this state court mortgage foreclosure action from Hamilton County, Ohio Court of Common Pleas to this Court.  (Doc. 3).  In their objections, Defendants essentially argue that: (1) the Constitution guarantees a trial; and (2) they have a right to proceed before an Article III Court.  (Doc. 14).  First, as explained by the Magistrate Judge, Defendants are *not* guaranteed a trial when the case can be dismissed on the pleadings for lack of subject matter jurisdiction.  *See* Fed. R. Civ. P. 52.  Second, Defendants do not have a right to proceed before this Court where jurisdiction is lacking because: (a) three of the defendants named in the foreclosure action are Ohio citizens so as to bar removal under 28 U.S.C. § 1441(b); and (b) the Court lacks original federal question jurisdiction under 28 U.S.C. § 1331.  Accordingly, Defendants' objections (Doc. 14) are **OVERRULED**.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations (Doc. 13) should be and is hereby adopted in its entirety.  Accordingly, Defendants' motion for reconsideration (Doc. 11) and demand for findings of fact and conclusions of law (Doc. 12) are **DENIED**.

**IT IS SO ORDERED**.

Date: ___8/30/16___

___Timothy S. Back___
Timothy S. Black
United States District Judge

2